Opinion issued August 28, 2025



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00139-CV

———————————

**OLIVIA REYNER AND AMY BRIONES, Appellants**

**V.**

**MAKANSAM, INC., RISE ASSOCIATION MANAGEMENT GROUP, LLC, AND AKIKO KIMURA, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1189049**

---

### MEMORANDUM OPINION

On February 7, 2024, appellant, Olivia Reyner, proceeding pro se, filed a notice of appeal from the trial court's October 26, 2023 final judgment. On February 8, 2024, appellant, Amy Briones, proceeding pro se, filed a notice of appeal from

the trial court's October 26, 2023 final judgment. Neither Reyner nor Briones have timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due to be filed by February 23, 2024. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on February 26, 2024, but no reporter's record was filed. On March 22, 2024, the official court reporter for the County Civil Court at Law No. 4 of Harris County, Texas notified the Court that the reporter's record had not been filed because appellants had not requested the preparation of the reporter's record.

On March 29, 2024, the Clerk of this Court notified appellants that unless appellants submitted written evidence that a reporter's record was requested by April 29, 2024, the Court may require appellants to file their respective briefs and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). After neither appellant responded to the Court's notice, on June 3, 2025, the Court notified the parties that the appeal would be considered without a reporter's record and directed appellants to file their respective briefs no later than July 3, 2025. *See* TEX. R. APP. P. 38.6(a). Appellants failed to timely file a brief.

On July 24, 2025, the Clerk of this Court notified appellants that the time for filing a brief had expired and informed appellants that the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to

file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, neither appellant adequately responded to the Court's notice.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.